Emily H. Currier, Respondent.— Order affirmed, with ten dollars costs and disbursements payable out of the estate. All concurred.

Edwin H. Force, Appellant, v. United Distillers Company, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William A. Baxter, Appellant, v. Elizabeth Baxter and Another, Respondents.— Judgment affirmed, with costs. All concurred.

Minnie Crassne, as Administratrix, etc., Appellant, v. William J. Randall, Respondent.— Judgment and order affirmed, with costs. All concurred.

Albert Schaller, Plaintiff, v. Franklin H. Miller, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. Held, defendant by mailing to plaintiff the letter containing the alleged libelous matter did not thereby publish the same, unless he had reason to believe that plaintiff's wife or some other person would open and read the letter before it reached plaintiff. Plaintiff gave no such proof and hence did not prove publication. (*Rumney* v. *Worthley*, 186 Mass. 144.) All concurred.

Thomas Duckett, Respondent, v. Charles R. Pardee, Appellant.— Judgment affirmed, with costs. All concurred.

John Barber, Appellant, v. Jane Stauch, Respondent.—Judgment affirmed, with costs, but without prejudice to another action upon the same claim if plaintiff is so advised. Held, the plaintiff, having consented to an adjournment, was not entitled to judgment as of course, although his complaint was verified, without making proof of his cause of action, an answer having thereafter been filed containing a general denial. All concurred.

Louis Powlowski, an Infant, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Charles A. O'Neil, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Guiseppe Gnadagna, as Administrator, etc., Appellant, v. Lehigh Valley Railroad Company, Respondent.— Motion granted and appeal dismissed, with costs, including ten dollars costs of this motion.

Mary L. Anderson, as Administratrix, etc., Respondent, v. Egner Machine Company, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Richard W. Box and Another, Appellants, v. Salmon River Power Company, Respondent.— Appeal dismissed; without costs, upon stipulation filed.

Chapman's Real Estate Agency, Respondent, v. John Maher, Appellant. — Judgment of County Court and judgment of Justice's Court reversed, with costs. Held, that the plaintiff failed to show that it procured a ready, able and willing purchaser. All concurred.

Levi Carpenter, Jr., Respondent, v. James B. Wise and the City of